IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) No. 04-1142 |
| v. | ) |
| | ) |
| PAUL E. BOHN, et ux., | ) |
| | ) |
| Respondents. | ) |

ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE

UPON CONSIDERATION of the United States' petition for judicial approval of levy upon principal residence, the reasons therefor, and the respondents' concurrence therein, the Court has determined that the petition should be, and therefore is, GRANTED as follows:

Respondents shall have until June 30, 2006, in which to enter into a contract for sale of their personal residence located in Beaver County, Pennsylvania, at 1039 Maplewood Avenue, Ambridge, Pennsylvania 15003. If respondents do enter into a contract within that time, they must close on the sale by September 1, 2006. If respondents do not meet either of these deadlines, and upon notice but without further order of the Court, pursuant to 26 U.S.C. § 6334, the Internal Revenue Service may levy upon respondents' interest in the property located at 1039 Maplewood Avenue, Ambridge, Pennsylvania to satisfy part or all of the unpaid tax liability for unpaid Federal income taxes for the calendar year 1997. The levy may be executed by any

authorized officer of the Internal Revenue Service. The Clerk is directed to mark case closed.

Done at Pittsburgh, Pennsylvania this _5th_ day of June, 2006.

*[signature]*

GARY L. LANCASTER
United States District Judge

WE ASK FOR THIS:

*[signature: Gerald A. Role by David M. Zukerly with permission]*

Gerald A. Role
Trial Attorney, Tax Division
U. S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-0461

Counsel for Petitioner
United States of America

*[signature]*

Wayne V. DeLuca
Eddy, Osterman & DeLuca
564 Forbes Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 281-5336

Counsel for Respondents
Paul E. Bohn and Linda L. Bohn